**Joe Khosrow SADEGHI, Appellant,**

v.

**MISSOURI VALLEY COLLEGE,
et al., Respondents.**

**No. WD 67398.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2007.

Joe Khosrow Sadeghi, acting pro se.

Kristen Aggeler Page, Kansas City, MO, for respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Joe Khosrow Sadeghi appeals the trial court's grant of summary judgment in favor of Missouri Valley College, *et al.*, on his petition alleging discrimination based on his age and national origin.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).